IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| WAGSTAFF & CARTMELL, L.L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:18-cv-00870-GAF |
| | ) | |
| NEAL R. LEWIS, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF WAGSTAFF & CARTMELL L.L.P.'s
## MOTION TO EXCLUDE THE EXPERT TESTIMONY OF NEAL R. LEWIS

Plaintiff Wagstaff & Cartmell, L.L.P. ("Wagstaff") respectfully moves this Court, under Rule 702 of the Federal Rules of Civil Procedure and the standards laid out in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), to exclude the proffered expert testimony of Defendant Neal R. Lewis. As detailed in Wagstaff's Suggestions in Support, Lewis did not use reliable facts or data to support his opinions; his opinions would not be helpful to the trier of fact; his opinions are not reliable; and he is not qualified to opine about the value of legal services. For these reasons, and those expressed in the Suggestions in Support, the Court should preclude Lewis from testifying as an expert on his own behalf.

**DATED** this 7th day of August, 2020.

Respectfully submitted,

/s/ *Dane C. Martin*
Todd P. Graves        MO #41319
Dane C. Martin        MO #63997
GRAVES GARRETT LLC
1100 Main Street, Suite 2700
Kansas City, MO 64105
(816) 256-3181 (telephone)
(816) 256-5958 (facsimile)
tgraves@gravesgarrett.com
dmartin@gravesgarrett.com

*/s/ John P. O'Connor*
John P. O'Connor      MO #32352
Jonathan P. Kieffer   MO #49025
Jack T. Hyde          MO #63903
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100 (telephone)
(816) 531-2372 (facsimile)
joconnor@wcllp.com
jpkieffer@wcllp.com
jhyde@wcllp.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that I filed the foregoing on August 7, 2020, using the Court's CM/ECF electronic filing service, thereby sending notice of the filing to all counsel of record.

                              */s Dane C. Martin*
                              Attorney for Plaintiff